```
                              FILED
                    CLERK, U.S. DISTRICT COURT

                         JUN  9 2008

                    CENTRAL DISTRICT OF CALIFORNIA
                    BY                    DEPUTY
```

Priority __
Send __
Enter __
Closed __
JS-5/JS-6 __
JS-2/JS-3 __
Scan Only __

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FRANCISCO SERRANO TRUJILLO,<br><br>      Petitioner,<br><br>    v.<br><br>TOM S. CAREY, Warden, *et al.*,<br><br>      Respondents. | No. CV 06-161 AHM (FFM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

    IT THEREFORE IS ORDERED that Judgment be entered dismissing this action with prejudice.

DATED: June 9, 2008

                                              A. HOWARD MATZ
                                              United States District Judge