CLERK, U.S. DISTRICT COURT
JUN 9 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| FRANCISCO SERRANO TRUJILLO,<br><br>Petitioner,<br><br>v.<br><br>TOM S. CAREY, Warden, *et al.*,<br><br>Respondents. | No. CV 06-161 AHM (FFM)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: June 9, 2008

A. HOWARD MATZ
United States District Judge